# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Appellant, | ) | |
| vs. | ) | App. Case No. 17-3195 |
| | ) | WDMO |
| CRAIG SUTTON, | ) | |
| Appellee. | ) | |

## MOTION FOR CONTINUANCE OF BRIEF DUE DATE

COMES NOW the Appellant, Craig Sutton, through counsel, Stephen C. Moss, and moves the court for a continuance until December 26, 2017 to file the brief in this case. In support of this request, Mr. Sutton offers as follows:

1. Appellant's brief is currently due on December 4, 2017.

2. Counsel needs additional time to review the record below and prepare the brief in this case.

3. One prior continuance has been sought in this appeal.

WHEREFORE, the Appellant, Craig Sutton, by counsel, moves this Court for an extension until December 26, 2017 to file the brief in this case.

Respectfully submitted,

/s/*Stephen C. Moss*
STEPHEN C. MOSS
Appellate Unit Chief
Federal Public Defender Office
818 Grand, Suite 300
Kansas City, MO 64106
(816) 471-8282

## CERTIFICATE OF SERVICE

It is certified that on December 1, 2017, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

s/*Stephen C. Moss*
STEPHEN C. MOSS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 100 words. I further certify this motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(e) and the type style requirements of Fed. R. App. P. 27(d)(1)(e) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 10 for Windows, Times New Roman Font Face in Font size 14.

s/*Stephen C. Moss*
STEPHEN C. MOSS